AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ABIMAEL ROSADO, on behalf of himself and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>ATLAS APEX ROOFING, LLC d/b/a ATLAS-APEX ROOFING,<br><br>*Defendant(s)* | Civil Action No. 0:20-cv-60808-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ATLAS APEX ROOFING, LLC d/b/a ATLAS-APEX ROOFING
c/o Oscar E. Soto, its Registered Agent
2400 E. Commercial Boulevard
Suite 400
Fort Lauderdale, Florida 33388

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  SALAS LAW FIRM, P.A.
c/o Michael G. Green II, Esq.
8551 West Sunrise Boulevard
Suite 300
Plantation, Florida 33322

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Apr 17, 2020

Angela E. Noble
Clerk of Court

s/ P. Curtis
Deputy Clerk
U.S. District Courts