THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-CV-60808-AHS

| | |
|---|---|
| ABIMAEL ROSADO, on behalf of Himself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| ATLAS APEX ROOFING, LLC. d/b/a ATLAS-APEX ROOFING | )<br>)<br>) |
| Defendant. | ) |

## NOTICE OF FILING CONSENT TO BECOME PARTY PLAINTIFF

Notice is hereby given that the following individual is opting into the above-styled lawsuit pursuant to 29 U.S.C. §216(b). Said consent to become party plaintiff executed by such individual opt-in plaintiff is attached hereto.

Respectfully submitted this 14th day of May, 2020.

//s//John P. Salas, Esq.
SALAS LAW FIRM, P.A.
8551 West Sunrise Boulevard
Suite 300
Plantation, FL 33322
Office: (954) 315-1155
Fax: (954) 452 -3311
Email: jp@jpsalaslaw.com
Fla. Bar. No. 87593

//s//Michael G. Green II, Esq.
SALAS LAW FIRM, P.A.
8551 West Sunrise Boulevard
Suite 300
Plantation, FL 33322
Office: (954) 315-1155
Fax: (954) 452 -3311
Email:  michael@jpsalaslaw.com
Fla. Bar. No. 60859

SALAS LAW FIRM, P.A.

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-CV-60808-AHS

ABIMAEL ROSADO, on behalf of )
Himself and all others similarly situated, )
)
    Plaintiff, )
)
v. )
)
ATLAS APEX ROOFING, LLC )
d/b/a ATLAS-APEX ROOFING, )
)
    Defendant. )

## CONSENT TO BECOME A PARTY PLAINTIFF

COMES NOW, JOSE E. RAMOS PEREZ, pursuant to 29 U.S.C.§ 216(b) and files this consent to become a party plaintiff in the above-referenced lawsuit.

I hereby specifically authorized the named plaintiffs, along with counsel of record for the named plaintiffs, as my agents to prosecute this lawsuit on my behalf, to make any and all decisions with respect to the conduct of this litigation, and to negotiate and/or settle any and all overtime compensation claims(s) that I have in this lawsuit against Atlas Apex Roofing, LLC d/b/a Atlas-Apex Roofing, Defendant in this lawsuit.

Jose Ramos
Name (Printed)

*Jose Ramos (May 14, 2020 15:49 EDT)*
Signature

May 14, 2020
Date

239 Canterbury Court
Address

SALAS LAW FIRM, P.A.

<u>Kissimmee</u>
City

<u>Florida</u>      Zip <u>34758</u>
State

<u>(407) 820-9869</u>
Telephone Number

Dates of Employment as Roofer:
<u>February, 2018 through May 7, 2020</u>

Last location of employment as Roofer:
<u>11334 Boggy Creek Road</u>
<u>Orlando, FL 32824</u>

SALAS LAW FIRM, P.A.