THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-CV-60808-AHS

| | |
|---|---|
| ABIMAEL ROSADO, on behalf of Himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ATLAS APEX ROOFING, LLC. d/b/a ATLAS-APEX ROOFING | ) ) ) |
| Defendant. | ) ) |

## PLAINTIFFS' STATEMENT OF CLAIM

Plaintiffs', Abimael Rosado and Jose E. Ramos Perez, by and through their undersigned counsel and pursuant to this Court's Order dated May 11, 2020, hereby set forth a short and plain statement of the claim for each Plaintiff, as presently named and opted-in, against Defendant Atlas Apex Roofing, LLC d/b/a Atlas-Apex Roofing (hereinafter "Defendant"). The following estimates of total amounts of alleged unpaid wages are based on information and belief.

I.      Plaintiff, Abimael Rosado (hereinafter "Mr. Rosado") was hired by Defendant in or around August 2018. Defendant employed Mr. Rosado as a roofer. Mr. Rosado's employment ended on or about January 14, 2020.

From August 2018 through July 2019, Mr. Rosado's hourly rate was $17.00 per hour. Beginning in September 2019 until his termination in January 2020, Mr. Rosado's hourly rate was $20.00 per hour. Mr. Rosado was a non-exempt employee who was entitled to overtime compensation for all hours worked beyond 40 hours in each work week. Mr. Rosado' overtime rates should have been: $25.50/hour (Aug. 2018 to July 2019) and $30.00/hour (Sept. 2019 to Jan. 2020). Instead, Defendant paid Mr. Rosado straight-time wages (or "regular wage") instead of time

SALAS LAW FIRM, P.A.

*Abimael Rosado v. Atlas Apex Roofing, LLC*
*Case No.: 20-cv-60808*

and one-half of his regular hourly rates of pay.

      Since Mr. Rosado has not initiated discovery and he does not have all of his time sheets, complete payroll records, and personnel file from Defendant, it is difficult to accurately determine the amount of compensation owed to Mr. Rosado. For purposes of responding to this Court's Order, Mr. Rosado calculates his estimated damages as follows:

| Week | Regular/Overtime Wage Rate | Hours Worked | Overtime Hours | Overtime Owed (Unliquidated)[1] |
|---|---|---|---|---|
| 8-21-18 to 8-27-18 | $17.00/$25.50 | 48 | 8 | $68.00 |
| 9-4-18 to 9-10-18 | $17.00/$25.50 | 51 | 11 | $93.50 |
| 9-11-18 to 9-17-18 | $17.00/$25.50 | 45 | 5 | $42.50 |
| 9-25-18 to 10-1-18 | $17.00/$25.50 | 43 | 3 | $25.50 |
| 10-2-18 to 10-8-18 | $17.00/$25.50 | 47 | 7 | $59.50 |
| 10-9-18 to 10-15-18 | $17.00/$25.50 | 46 | 6 | $51.00 |
| 10-23-18 to 10-29-18 | $17.00/$25.50 | 49 | 9 | $76.50 |
| 11-6-18 to 11-12-18 | $17.00/$25.50 | 48 | 8 | $68.00 |
| 11-27-18 to 12-3-18 | $17.00/$25.50 | 53 | 13 | $110.50 |
| 12-4-18 to 12-10-18 | $17.00/$25.50 | 42 | 2 | $17.00 |
| 12-11-18 to 12-17-18 | $17.00/$25.50 | 59 | 19 | $161.50 |
| 12-18-18 to 12-24-18 | $17.00/$25.50 | 58 | 18 | $153.00 |
| 1-8-19 to 1-14-19 | $17.00/$25.50 | 48 | 8 | $68.00 |
| 1-22-19 to 1-28-19 | $17.00/$25.50 | 43 | 3 | $25.50 |
| 1-29-19 to 2-4-19 | $17.00/$25.50 | 48 | 8 | $68.00 |

---

[1] The numbers in this column are determined by calculating the overtime owed for hours in excess of forty (Overtime Hours X Overtime Rate) and subtracting the pay received for that week at the regular rate ((Overtime Hours X Overtime Rate) minus (Overtime Hours X Regular Rate)), resulting in Overtime Owed (Unliquidated).

SALAS LAW FIRM, P.A.

*Abimael Rosado v. Atlas Apex Roofing, LLC*
*Case No.: 20-cv-60808*

| | | | | |
|---|---|---|---|---|
| 2-19-19 to 2-25-19 | $17.00/$25.50 | 49 | 9 | $76.50 |
| 3-12-19 to 3-18-19 | $17.00/$25.50 | 41 | 1 | $8.50 |
| 3-19-19 to 3-25-19 | $17.00/$25.50 | 50 | 10 | $85.00 |
| 4-2-19 to 4-8-19 | $17.00/$25.50 | 41.5 | 1.5 | $12.75 |
| 4-9-19 to 4-15-19 | $17.00/$25.50 | 44 | 4 | $34.00 |
| 5-21-19 to 5-27-19 | $17.00/$25.50 | 43.5 | 3.5 | $29.75 |
| 6-25-19 to 7-1-19 | $17.00/$25.50 | 43 | 3 | $25.50 |
| 7-16-19 to 7-22-19 | $17.00/$25.50 | 47 | 7 | $59.50 |
| 8-6-19 to 8-12-19 | $17.00/$25.50 | 43 | 3 | $25.50 |
| 9-10-19 to 9-16-19 | $20.00/$30.00 | 44 | 4 | $40.00 |
| 9-24-19 to 9-30-19 | $20.00/$30.00 | 46 | 6 | $60.00 |
| 10-1-19 to 10-7-19 | $20.00/$30.00 | 49.5 | 9.5 | $95.00 |
| 10-8-19 to 10-14-19 | $20.00/$30.00 | 41 | 1 | $10.00 |
| 10-22-19 to 10-28-19 | $20.00/$30.00 | 48 | 8 | $80.00 |
| 10-29-19 to 11-4-19 | $20.00/$30.00 | 41 | 1 | $10.00 |
| 11-5-19 to 11-11-19 | $20.00/$30.00 | 45 | 5 | $50.00 |
| 11-12-19 to 11-18-19 | $20.00/$30.00 | 45 | 5 | $50.00 |
| 11-19-19 to 11-25-19 | $20.00/$30.00 | 46 | 6 | $60.00 |
| 12-3-19 to 12-9-19 | $20.00/$30.00 | 50 | 10 | $100.00 |
| 12-10-19 to 12-16-19 | $20.00/$30.00 | 46 | 6 | $60.00 |
| Total | | | 231.5 | $2,060.00 |

Additionally, Mr. Rosado is also seeking the recovery of liquidated damages in an amount equal to his unpaid overtime wages, interest, as well as all reasonable attorney's fees and costs incurred in this action pursuant to 29 U.S.C. § 216.

Mr. Rosado is not presently in possession of all the information and records reflecting the discrete amounts that he was paid and hours that he worked each and every work week. At this early stage of the litigation, Mr. Rosado is unable to calculate the precise amount of overtime compensation owed to him from Defendant. These amounts are preliminary estimates and are subject to modification upon obtaining further information through discovery. Mr. Rosado advises the Court that if appropriate, he will later file an Amended Statement of Claim at such time as he is able to more clearly identify the total amount of unpaid overtime wages which is due in this case.

II.     Plaintiff Jose E. Ramos Perez

Plaintiff Jose E. Ramos Perez (hereinafter "Mr. Ramos") was hired by Defendant in or around February 2018. Defendant employed Mr. Rosado as a roofer. Mr. Ramos' employment ended in or around April 2020.

From February 2018 to December 2018, Mr. Ramos's hourly rate was $16.00 per hour, until his termination in April 2020. From approximately January 2019 to May 2019, Mr. Ramos worked for Defendant in the U.S. Virgin Islands and was paid an hourly rate of $30.00 per hour. Mr. Ramos was a non-exempt employee who was entitled to overtime compensation for all hours worked beyond 40 hours in a work week. Mr. Ramos' overtime rate should have been: $24.00/hour (Feb. 2018 to Dec. 2018; June 2019 to Apr. 2020) and $45.00 (Jan. 2019 to May 2019) . Instead, Defendant paid Mr. Ramos straight-time wages (or "regular wage") instead of time and one-half of his regular hourly rate of pay.

*Abimael Rosado v. Atlas Apex Roofing, LLC*
*Case No.: 20-cv-60808*

Since Mr. Ramos has not initiated discovery and he does not have all of his time sheets, complete payroll records, and personnel file from Defendant, it is difficult to accurately determine the amount of compensation owed to Mr. Ramos. For purposes of responding to this Court's Order, Mr. Ramos calculates his estimated damages as follows:

| Week | Regular/Overtime Wage Rate | Hours Worked | Overtime Hours | Overtime Owed (Unliquidated) |
|---|---|---|---|---|
| 2-6-18 to 2-12-18 | $16.00/$24.00 | 55 | 15 | $120.00 |
| 2-13-18 to 2-19-18 | $16.00/$24.00 | 64 | 24 | $192.00 |
| 2-20-18 to 2-26-18 | $16.00/$24.00 | 53 | 13 | $104.00 |
| 2-27-18 to 3-5-18 | $16.00/$24.00 | 61 | 21 | $168.00 |
| 3-20-18 to 3-26-18 | $16.00/$24.00 | 48 | 8 | $64.00 |
| 3-27-18 to 4-2-18 | $16.00/$24.00 | 62 | 22 | $176.00 |
| 4-3-18 to 4-9-18 | $16.00/$24.00 | 56.5 | 16.5 | $132.00 |
| 4-10-18 to 4-16-18 | $16.00/$24.00 | 46 | 6 | $48.00 |
| 4-24-18 to 4-30-18 | $16.00/$24.00 | 43 | 3 | $24.00 |
| 6-5-18 to 6-11-18 | $16.00/$24.00 | 48 | 8 | $64.00 |
| 6-12-18 to 6-18-18 | $16.00/$24.00 | 61 | 21 | $168.00 |
| 6-26-18 to 7-2-18 | $16.00/$24.00 | 55.5 | 15.5 | $124.00 |
| 7-10-18 to 7-16-18 | $16.00/$24.00 | 51.5 | 11.5 | $92.00 |
| 7-24-18 to 7-23-18 | $16.00/$24.00 | 42 | 2 | $16.00 |
| 1-29-19 to 2-4-19 | $30.00/$15.00 | 43 | 3 | $45.00 |
| 2-5-19 to 2-11-19 | $30.00/$15.00 | 70 | 30 | $450.00 |
| 2-12-19 to 2-18-18 | $30.00/$15.00 | 60 | 20 | $300.00 |

*Abimael Rosado v. Atlas Apex Roofing, LLC*
*Case No.: 20-cv-60808*

| | | | | |
|---|---|---|---|---|
| 2-26-19 to 3-4-19 | $30.00/$15.00 | 66 | 26 | $390.00 |
| 3-5-19 to 3-11-19 | $30.00/$15.00 | 58 | 18 | $270.00 |
| 3-12-19 to 3-18-19 | $30.00/$15.00 | 66 | 26 | $390.00 |
| 3-19-19 to 3-25-19 | $30.00/$15.00 | 58 | 18 | $270.00 |
| 4-9-19 to 4-15-19 | $30.00/$15.00 | 70 | 30 | $450.00 |
| 4-23-19 to 4-29-19 | $30.00/$15.00 | 60 | 20 | $300.00 |
| 4-30-19 to 5-6-19 | $30.00/$15.00 | 56 | 16 | $240.00 |
| 5-7-19 to 5-13-19 | $30.00/$15.00 | 68 | 28 | $420.00 |
| 5-21-19 to 5-27-19 | $30.00/$15.00 | 60 | 20 | $300.00 |
| 6-18-19 to 6-24-19 | $16.00/$24.00 | 44.5 | 4.5 | $36.00 |
| 8-6-19 to 8-12-19 | $16.00/$24.00 | 45 | 5 | $40.00 |
| 9-17-19 to 9-23-19 | $16.00/$24.00 | 42 | 2 | $16.00 |
| 1-14-20 to 1-20-20 | $16.00/$24.00 | 42 | 2 | $16.00 |
| 1-28-20 to 2-3-20 | $16.00/$24.00 | 42 | 2 | $16.00 |
| 3-10-20 to 3-16-20 | $16.00/$24.00 | 41 | 1 | $8.00 |
| 3-17-20 to 3-23-20 | $16.00/$24.00 | 43 | 3 | $24.00 |
| Total | | | 461 | $5,473.00 |

Additionally, Mr. Ramos is also seeking the recovery of liquidated damages in an amount equal to his unpaid overtime wages, interest, as well as all reasonable attorney's fees and costs incurred in this action pursuant to 29 U.S.C. § 216.

Mr. Ramos is not presently in possession of all the information and records reflecting the discrete amounts that he was paid and hours that he worked each and every work week. At this

*Abimael Rosado v. Atlas Apex Roofing, LLC*
*Case No.: 20-cv-60808*

early stage of the litigation, Mr. Ramos is unable to calculate the precise amount of overtime compensation owed to him from Defendant. These amounts are preliminary estimates and are subject to modification upon obtaining further information through discovery. Mr. Ramos advises the Court that if appropriate, he will later file an Amended Statement of Claim at such time he is able to more clearly identify the total amount of unpaid overtime wages which is due in this case.

Respectfully submitted on behalf of Abimael Rosado and Jose E. Ramos Perez, this 4th day of June, 2020.

//s//John P. Salas, Esq.
SALAS LAW FIRM, P.A.
8551 West Sunrise Boulevard
Suite 300
Plantation, FL 33322
Office: (954) 315-1155
Fax: (954) 452 -3311
Email: jp@jpsalaslaw.com
Fla. Bar. No. 87593

//s//Michael G. Green II, Esq.
SALAS LAW FIRM, P.A.
8551 West Sunrise Boulevard
Suite 300
Plantation, FL 33322
Office: (954) 315-1155
Fax: (954) 452 -3311
Email:  michael@jpsalaw.com
Fla. Bar. No. 60859

[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]

*Abimael Rosado v. Atlas Apex Roofing, LLC*
*Case No.: 20-cv-60808*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of June 2020, the foregoing document was electronically filed with the Clerk of Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s//Michael G. Green II

## SERVICE LIST

SPIRE LAW, LLC
12249 Science Drive, Suite 155
Orlando, Florida 32826
Jesse I. Unruh, Esq.
jesse@spirelawfirm.com

*Attorney for Defendant*

SALAS LAW FIRM, P.A.