THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-CV-60808-AHS

ABIMAEL ROSADO, on behalf of )
Himself and all others similarly situated, )
)
    **Plaintiff,** )
)
v. )
)
ATLAS APEX ROOFING, LLC. )
d/b/a ATLAS-APEX ROOFING )
)
    **Defendant.** )

## JOINT SCHEDULING REPORT

Plaintiff, Abimael Rosado and Defendant, Atlas Apex Roofing, LLC (collectively "the parties"), pursuant to Rule 16.1(b) of the Local Rules for the Southern District of Florida ("S.D. Fla. L.R.") and the Court's May 11, 2020 Order, met via telephone on June 11, 2020, to discuss scheduling report issues, and hereby submit this Joint Scheduling Report.

**Information required by S.D. Fla. L.R. 16.1(B):**

**(A) Likelihood of Settlement.**

The parties agree to discuss settlement in good faith. The parties also agree to participate in mediation, if necessary, on or before January 15, 2021.

**(B) Likelihood of Appearance in the Action of Additional Parties.** The appearance of additional parties is likely, on May 14, 2020, Opt-In Plaintiff Jose E. Ramos Perez, filed his Consent to Become a Party Plaintiff in this action [DE 9]. In addition, Plaintiff will be filing a Motion to Certify Collective Action and Facilitate Notice to Potential Class Members.

**(C) Discovery Schedule.** The parties propose the following pretrial discovery schedule also set forth in the attached proposed scheduling order, which is based on the standard case

*Rosado v. Atlas Apex Roofing, LLC*
Case No.: 20-cv-60808

management track pursuant to S.D. Fla. L.R. 16.1(a)(2)(B):[1]

| | | |
|---|---|---|
| 1. | Parties to provide initial disclosures pursuant to Rule26(a)(1)(A) | [07/16/2020] |
| 2. | Parties shall select a mediator pursuant to Local Rule 16.2 | [07/16/2020] |
| 3. | Joinder of any additional parties and filing of motions to amend the pleadings | [08/13/2020] |
| 4. | Plaintiff(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | [09/17/2020] |
| 5. | Plaintiff(s) may file their Motion to Conditionally Certify Collective Action and seek to allow notification to potential class members | [10/01/2020] |
| 6. | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | [10/15/2020] |
| 7. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | [11/05/2020] |
| 8. | Fact discovery shall be completed by | [12/15/2020] |
| 9. | Expert discovery shall be completed by | [12/15/2020] |
| 10. | Mediation shall be completed by | [01/15/2021] |
| 11. | Deadline for dispositive pre-trial motions and *Daubert* motions shall be filed by | [01/28/2021] |
| 12. | Deadline for submission of joint pretrial stipulation, proposed jury instructions, and verdict form. | [04/30/2021] |
| 13. | Calendar call | [05/04/2021] |

**(D)     Proposals for the Formulation and Simplification of Issues.** At this time, the parties do not have any proposals of the formulation and simplification of any issues. As the case progresses, the parties will, as appropriate, confer to discuss proposals for the formulation and simplification of issues in this case.

**(E)     Necessity of Amendments to Pleadings**. An amendment to Plaintiff's Complaint may be necessary.

---

[1] In the event the Court allows preliminary certification and notice, either party may move, for good cause shown based on the size/scope of any future "class", to amend some or all of the proposed deadlines contained herein.

**(F)** **Admissions and Stipulations Which Will Avoid Unnecessary Proof**. The parties will work together to obtain admissions and stipulations that will avoid unnecessary proof at trial.

**(G)** **Suggestions for the Avoidance of Unnecessary Proof and of Cumulative Evidence.** The parties will work together to obtain admissions and stipulations that will avoid unnecessary proof and presentation of cumulative evidence at trial.

**(H)** **Referral of Matters to Magistrate Judge.** The Parties do not consent to trial by the Magistrate Judge, nor to the disposition of dispositive pre-trial motions by a Magistrate Judge.

**(I)** **Preliminary Estimate of the Time Required for Trial.** The parties believe this matter will require 3-4 days of trial.

**(J)** **Pretrial Conference and Trial Dates.** The parties at this time anticipate the following: Two (2) week trial period commencing on May 10, 2021 and the Calendar Call on May 4, 2021.

**(K)** **Other Information Helpful to the Court in Setting the Case for Status or Pretrial Conference.** At this time, the parties are unaware of any other information that might be helpful to the Court in setting the case for status or pretrial conference, but will supplement in accordance with the rules.

**Acknowledgement of Compliance With This Court's May 11, 2020 Order.** In addition to following the required agenda, the parties have otherwise complied with the Court's Order, and agreed to exchange formal Initial Disclosures by July 16, 2020. **The parties will continue to work in good faith and understand their continuing obligations under the Rules and any Court Order.**

*Rosado v. Atlas Apex Roofing, LLC*
*Case No.: 20-cv-60808*

Dated: June 18, 2020

Respectfully submitted,

| | |
|---|---|
| By: //s// Michael G. Green II<br>    Michael G. Green II<br>    Fla. Bar No. 60859<br>    michael@jpsalaslaw.com<br>    Salas Law Firm, P.A.<br>    8551 West Sunrise Boulevard<br>    Suite 300<br>    Plantation, Florida 33322<br>    Telephone (954) 315-1155<br><br>By: //s// John P. Salas<br>    John P. Salas, Esq.<br>    Fla. Bar No. 87593<br>    jp@jpsalaslaw.com<br>    Salas Law Firm, P.A.<br>    8551 West Sunrise Boulevard<br>    Suite 300<br>    Plantation, Florida 33322<br>    Telephone (954) 315-1155<br><br>    *Attorneys for Plaintiff* | By: //s// Jesse I. Unruh<br>    Jesse I. Unruh, Esq.<br>    Fla. Bar No. 93121<br>    jesse@spirelawfirm.com<br>    SPIRE LAW, LLC<br>    12249 Science Drive, Suite 155<br>    Orlando, Florida 32826<br>    Telephone (407) 494-0135<br><br>    *Attorneys for Defendant* |