UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-60808-SINGHAL/VALLE

ABIMAEL ROSADO,

    Plaintiff,

v.

ATLAS APEX ROOFING, LLC,

    Defendant.
_____/

### ORDER SETTING SETTLEMENT CONFERENCE IN FLSA CASE

THIS CAUSE is before the Court upon United States District Judge Raag Singhal's Order referring the case to the undersigned for an early settlement conference. *See* (ECF No. 7).

Accordingly, a settlement conference will be held on **Thursday, October 1, 2020 at 2:00 p.m.** Due to the COVID-19 pandemic, the conference will be conducted remotely by video or telephone conferencing. The day before the conference, the Court will advise the parties of the selected method to conduct the proceedings. **ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS MUST PARTICIPATE WITH FULL AUTHORITY TO SETTLE THIS ACTION**. All attendees should allocate a minimum of three hours for the conference.

By **Thursday, September 24, 2020,** each party shall: (i) file a certificate of compliance confirming that all documents supporting the claims and defenses, including time sheets, pay stubs, etc., have been exchanged and reviewed; and (ii) email (not file) a Confidential Settlement Conference Statement to Judge Valle at valle@flsd.uscourts.gov. Each Statement shall not exceed five (5) double-spaced pages. Plaintiff's Confidential Settlement Statement must also specify

counsel's hours, billing rate(s), total attorney's fees, and costs incurred through the date of the submission, including billing records to support the fees and costs incurred.

DONE AND ORDERED in Chambers, at Fort Lauderdale, Florida, on July 10, 2020.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: U.S. District Judge Raag Singhal
    All Counsel of Record