THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-60808-SINGHAL/Valle

| | |
|---|---|
| **ABIMAEL ROSADO, on behalf of Himself and all others similarly situated,** | ) ) ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) |
| **ATLAS APEX ROOFING, LLC.**<br>**d/b/a ATLAS-APEX ROOFING** | ) ) ) |
| **Defendant.** | ) |

## NOTICE OF MEDIATION

PLEASE BE ADVISED that this case has been scheduled for mediation to be held before Mediator, Robert A. Dulberg, as follows:

**Date:**      **Thursday, January 14, 2021**

**Time:**      **10:00 a.m.**

**Location:**   **Salmon & Dulberg**
          **101 NE Third Avenue**
          **Suite 1500**
          **Fort Lauderdale, FL 33301**

Date:  July 16, 2020.

                                        Respectfully Submitted,

                                        Michael G. Green II, Esq.
                                        SALAS LAW FIRM, P.A.
                                        8551 West Sunrise Boulevard
                                        Suite 300
                                        Plantation, FL 33322
                                        Office: (954) 315-1155
                                        Fax: (954) 452 -3311
                                        Email:  michael@jpsalaslaw.com

                                        John P. Salas, Esq.

SALAS LAW FIRM, P.A.

*Rosado v. Atlas Apex Roofing, LLC*
*Case No.: 20-cv-60808*

                SALAS LAW FIRM, P.A.
                8551 West Sunrise Boulevard
                Suite 300
                Plantation, FL 33322
                Office: (954) 315-1155
                Fax: (954) 452 -3311
                Email: jp@jpsalaslaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on all counsel or parties of record listed on the Service List below in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counselor parties who are not authorized to receive electronically Notices of Electronic Filing, this 16th day of July, 2020.

                //s//Michael G. Green II

## SERVICE LIST

SPIRE LAW, LLC
12249 Science Drive, Suite 155
Orlando, Florida 32826
Jesse I. Unruh, Esq.
jesse@spirelawfirm.com


SALMON & DULBERG
Robert A. Dulberg, Esq,
info@sd-adr.com