THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-60808-SINGHAL/Valle

ABIMAEL ROSADO, on behalf of )
Himself and all others similarly situated, )
                                               )
      Plaintiff, )
                                               )
v. )
                                               )
ATLAS APEX ROOFING, LLC. )
d/b/a ATLAS-APEX ROOFING )
                                              )
      Defendant. )

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

**COMES NOW** Plaintiff, Abimael Rosado, on behalf of himself and all others similarly situated (hereinafter "Plaintiffs"), by and through his undersigned counsel, and hereby requests leave to file his first amended complaint, including pursuant to Rule 15(a)(1)(B), Fed. R. Civ. P., against Defendants, Atlas Apex Roofing, LLC d/b/a Atlas-Apex Roofing and Concrecel USA, LLC, and in support hereof Plaintiffs state as follows:

1. This is an FLSA case. On July 14, 2020, this Court entered its trial order, setting certain deadlines, including today's deadline to amend pleadings and add parties. (Doc. 20).

2. Plaintiffs seek to amend the Complaint for the purpose of adding an additional defendant, Concrecel USA, LLC, one of the entities that issued plaintiffs a paycheck. Attached hereto as Exhibit "1" is Plaintiffs' first amended complaint, adding Defendant Concrecel USA, LLC.

SALAS LAW FIRM, P.A.

*Rosado v. Atlas Apex Roofing, LLC*
*Case No.: 20-cv-60808*

3. Plaintiffs' request is not sought for any improper purpose, but so that justice can be done. No party will be prejudiced by allowing Plaintiffs leave to amend the complaint, including because it is timely under this Court's deadline to amend pleadings.

### CERTIFICIATE OF CONFERRAL PURSUANT TO LOCAL RULE 7.1(a)(3)

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with counsel for Defendant Atlas Apex Roofing in a good faith effort to resolve the issues and obtain its non-opposition. As of the time of this filing, Defendant was unable to provide its opposition or non-opposition; however, the parties will advise the Court once Defendant responds in opposition or non-opposition via a separate filing.

WHEREFORE, Plaintiffs respectfully request that this Court allow him to file his first amended complaint to add a Defendant.

Respectfully submitted this 13th day of August, 2020.

Respectfully Submitted,

//s// <u>Michael G. Green II, Esq.</u>
SALAS LAW FIRM, P.A.
8551 West Sunrise Boulevard
Suite 300
Plantation, FL 33322
Office: (954) 315-1155
Fax: (954) 452 -3311
Email: michael@jpsalaslaw.com
Fla. Bar. No. 60859

//s// <u>John P. Salas, Esq.</u>
SALAS LAW FIRM, P.A.
8551 West Sunrise Boulevard
Suite 300
Plantation, FL 33322
Office: (954) 315-1155
Fax: (954) 452 -3311
Email: jp@jpsalaslaw.com
Fla. Bar. No. 87593

*Rosado v. Atlas Apex Roofing, LLC*
Case No.: 20-cv-60808

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of August, 2020, the foregoing document was electronically filed with the Clerk of Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

//s//Michael G. Green II

## SERVICE LIST

SPIRE LAW, LLC
2572 W State Road 426, Suite 2088
Oviedo, Florida 32765
Jesse I. Unruh, Esq.
jesse@spirelawfirm.com