UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | |
|---|---|
| ABIMAEL ROSADO, on behalf of Himself and all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) ATLAS APEX ROOFING, LLC. d/b/a ) ATLAS-APEX ROOFING and ) CONCRECEL USA, LLC, ) ) Defendant. | Case No. 0:20-cv-60808 |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO VARIOUS DEADLINES**

Defendant, ATLAS APEX ROOFING, LLC., ("Atlas Apex" or "Defendant") respectfully moves pursuant to Federal Rule 6(b) for a brief extension of time up of various upcoming deadlines in light of the addition of a new Defendant, and states the following in support:

1. Plaintiff filed the Complaint on April 17, 2020 and served Defendant with the Summons and Complaint on April 23, 2020 (Doc 4). Accordingly, Defendant filed its Answer and Affirmative Defenses to Plaintiff's Complaint on May 28, 2020 (Doc 10).

2. On August 13, 2020, Plaintiff filed a Motion for Leave to File First Amended Complaint (Doc 24). The Amended Complaint specifically sought to include a new defendant to the case, Concrecel USA, LLC.

3. On September 3, 2020, the Court granted Plaintiff's Motion for Leave to File First Amended Complaint (Doc 27).

4. On September 4, 2020, Plaintiff filed their First Amended Complaint against all Defendants (Doc 28). Through a calendaring error at the office of the undersigned, Defendant did not respond on or before September 18, 2020.

5. As of September 22, 2020, counsel for all parties have begun initial discussions of this matter and are assessing the next steps for this case given the addition of a new party. However, Concrecel USA, LLC has not yet been served. Counsel for Atlas Apex and for Plaintiffs discussed and agreed that extending case deadlines in the immediate future would facilitate efficient handling of the matter by permitting counsel to further confer regarding the addition of the new party.

6. Accordingly, the undersigned respectfully requests an extension of the below deadlines as follows:

   a. Defendant Atlas Apex shall respond to the Amended Complaint on or before October 6, 2020.

   a. Plaintiffs shall file their Motion to Conditionally Certify Collective Action on or before November 2, 2020.

   b. Defendants shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) on or before November 16, 2020.

7. The above requested extension is being sought to enable the parties to further confer regarding case management. Given Concrecel USA, LLC's recent inclusion in this matter, the undersigned will seek to confer with all counsel to this matter to further address case scheduling and administration.

8. This Court may grant the requested enlargement of time for good cause shown or when a party fails to act before time has expired because of excusable neglect. Fed. R. Civ. P. 6(b)(1)(B).

9. Defendant respectfully suggests that this standard has been met. This extension is not being sought for the purposes of delay, nor will this brief extension prejudice any party to the litigation.

WHEREFORE, Defendant ATLAS APEX ROOFING, LLC respectfully requests a brief extension of time to answer, move, or otherwise respond to Plaintiff's Amended Complaint, up to and including October 6, 2020, for Plaintiffs to file their Motion to Conditionally Certify the Collective Action on or before November 1, 2020 and for Defendants to disclose expert, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(A)(2) on or before November 15, 2020.

## LOCAL RULE 7.1(a)(3) CERTIFICATE

Counsel for the Defendant has conferred with counsel for Plaintiff who has no objection to the relief requested.

Dated this 23rd day of September, 2020.

        Respectfully submitted,
        Spire Law, LLC
        2572 W. State Road 426, Suite 2088
        Oviedo, Florida 32765

        By: /s/Jesse I. Unruh
            Jesse I. Unruh, Esq.
            Florida Bar No. 91121
            jesse@spirelawfirm.com
            lauren@spirelawfirm.com

        Attorney for Defendant | Atlas Apex Roofing, LLC.

## **CERTIFICATE OF SERVICE**

I hereby Certify that on this 23rd day of September, 2020., the foregoing was electronically filed with the Court by using the Southern District of Florida's CM/ECF portal, which will send a notice of electronic filing to: John P. Salas, Esq. at jp@jpsalaslaw.com and Michael G. Green II, Esq. at michael@jpsalaw.com at 8551 West Sunrise Boulevard Suite 300 Plantation, FL 33322.

/s/ Jesse Unruh
Jesse Unruh